UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AMANDA RAY, an individual,

    Plaintiff,

v.          Case No.:  3:19-cv-1105-J-39JRK

FIRST NATIONAL COLLECTION BUREAU, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 18; Stipulation) filed on July 31, 2020. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this  3rd  day of August, 2020.

_____
BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*